JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| BRIAN CRESSLER,<br><br>Petitioner,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>Respondent. | Case No. CV 19-06553-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Final Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the First Amended Petition is untimely, and this action dismissed with prejudice.

Date: 1/8/21

PHILIP S. GUTIERREZ
Chief United States District Judge